

# NUMBER 13-18-00392-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GUSTAVO TIJERINA SANDOVAL,                                          Appellant,

v.

STATE OF TEXAS,                                                              Appellee.

## On appeal from the 197th District Court
## of Cameron County, Texas.

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This cause is before the Court on appellant Gustavo Tijerina Sandoval's request to abate his case pending a hearing in the trial court.

Counsel previously had filed with this Court a "Motion to Unseal Volumes of the Reporter's Record" regarding nine volumes related to his appeal. This Court granted appellant's motion on September 8, 2020. He filed an identical motion with Texas Court

of Criminal Appeals. On September 16, 2020, that Court issued an order abating the appeal and remanding the case to the trial court to resolve the issue. The trial court was ordered to hold a hearing and determine if the records should: (1) be unsealed; (2) remain sealed; and (3) remain sealed with access permitted to the parties for the purpose of raising and responding to points of error in the appellate briefs. The trial court is to inform the Court of Criminal Appeals of its determination within fifteen days and appellant's brief is due to that Court within fifteen days of the date the trial court's determination is received.

The Court, having fully examined and considered appellant's request to abate GRANTS the abatement, due to the Court of Criminal Appeals order. The appellant is ordered to forward the trial court's determination for the Court of Criminal Appeals to this Court on the same day it is sent to the Court of Criminal Appeals in order to allow for reinstatement of this case. Appellant's brief will be due fifteen days after the trial court's determination is received.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
21st day of September, 2020.

2